# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.S., by and through his Guardian ad Litem, Lisa B. Herrera,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant | Case No.: 2:17-cv-06023-JC<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C § 2412(d) and Costs Pursuant to 28 U.S.C. § 1920:

IT IS ORDERED that fees and expenses in the amount of $3,796.00 as authorized by 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:     May 1, 2019

_____/s/_____
HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE